UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
CIVIL ACTION NO. 06-08-DLB

**PAUL AND MICHELE RANEY,**                                                                    **PLAINTIFFS**

**V.**

**FIRST NATIONAL OF NEBRASKA, INC.**
**d/b/a FIRST NATIONAL BANK OF OMAHA,**                                  **DEFENDANT**

**MEMORANDUM ORDER**

On May 21, 2007, the court issued a "show cause" order to plaintiffs, requiring them to demonstrate why this case should not be dismissed for failure to prosecute. In response to the recent "show cause" order, plaintiffs' counsel filed a "motion to file belated status report," in which he admitted that he has conducted no discovery whatsoever in the sixteen months since this case was filed, but further indicated that settlement negotiations had been initiated. The court found counsel's statements "sufficient to avoid dismissal at this time" and directed counsel to file additional joint or separate status reports.

A joint status report was filed on June 28 which represents that plaintiffs filed a petition in bankruptcy in this district, under Chapter 13, on May 31, 2007. The report also states that the parties are continuing "to explore a resolution of this case by settlement." The parties jointly request an additional thirty days to discuss settlement, as well as a sixty-day extension of time for defendant to file its summary judgment motion. However, under the provisions of the Bankruptcy Code, this litigation is automatically stayed pending the disposition of plaintiffs' bankruptcy petition. Accordingly, **IT IS ORDERED:**

    1. The parties' joint request for an extension of deadlines is **granted** to the extent that all

pretrial deadlines are suspended pursuant to the automatic stay;

2. Plaintiffs shall file a supplemental status report on or before **August 29, 2007 and every sixty (60) days thereafter** until such time as the automatic stay is lifted and/or bankruptcy proceedings are concluded. Each of plaintiffs' reports shall indicate the status of the bankruptcy proceedings as well as of any extrajudicial resolution of this dispute. In addition to service upon defense counsel in this case, the report(s) shall include service upon Stuart P. Brown as counsel for plaintiffs in bankruptcy.

This the 2nd day of July 2007.



Signed By:
*J. Gregory Wehrman*
United States Magistrate Judge